UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LURLEEN Y. HERNANDEZ, | No. C-13-02392 DMR |
| Plaintiff(s), | **JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, | |
| Defendant(s). | |

The issues in this action having been duly considered, and the court having granted Plaintiff's Motion for Summary Judgment [Docket No. 14], judgment is hereby entered in favor of Plaintiff. Pursuant to 42 U.S.C. § 405(g), the Court hereby **REVERSES** the decision of Defendant Acting Commissioner of Social Security denying Plaintiff Lurleen Y. Hernandez's application dated June 19, 2009, for Social Security Supplemental Income benefits. This case is hereby **REMANDED** to the Social Security Administration for calculation and payment of benefits.

**IT IS SO ORDERED, ADJUDGED AND DECREED**.

Dated: September 19, 2014



_____
DONNA M. RYU
United States Magistrate Judge